# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| EMANUELE CASSANI, | : | No. 71 MM 2022 |
|---|---|---|
| Respondent | : | |
| v. | : | |
| OLGA SOFIA KAMIAK, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of August, 2022, the "Application for Extraordinary Relief under 42 Pa. C.S. §726 and 210 Pa. R.A.P. 3309 King's Bench Relief," the "Application to Stay the Order of July 20, 2022 of Superior Court," the "Emergency Application to Expedite Ruling," and the "Application to Direct the Trial Court to Cancel August 12, 2022 Evidentiary Hearing" are DENIED.